**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** October 1, 2024          **Time:**  2:59 – 3:13 (14 M)          **Judge:** EDWARD M. CHEN
**Case No.**: 24-cv-02744-EMC          **Case Name:**  Samuels v. Liberty Surplus Insurance Corporation

**Attorney for Plaintiff:** Frank Sommers, Paul Steiner
**Attorney for Defendant:** Matthew Lovell, Natalie Vu

**Deputy Clerk:** Jenny Galang                                        **Court Reporter:** Kendra Steppler

**PROCEEDINGS**

Initial Case Management Conference - held via Zoom.

**SUMMARY**

Parties stated appearances.

The parties explained that they have not yet come to an agreement on settling the case because there are still questions about the claim file at issue in the case. The Court granted parties some initial discovery (phase 1), which includes some interrogatories, document exchanges, and depositions. However, the Court asks that depositions only occur if absolutely necessary and prefers no more than one deposition per side. Initial disclosure to be completed by October 25, 2024.

The parties agreed to a private mediation, which the Court asks them to meet and confer to select a mediator as soon as possible. The parties have 90 days for phase 1 discovery and their mediation within 150 days. If case is not settled, then the Court will set a schedule for motions for summary judgment.

CASE CONTINUED TO: **April 1, 2025, at 2:30, for Status Conference via Zoom.** Parties shall file a joint CMC statement at least seven days prior to the next hearing.